Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2025 OCT 27 AM 9:40
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___ RM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>2:25-mj-06539-DUTY |
| CARLITOS RICARDO PARIAS<br>USMS# _____  DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 10/21/2025 at 09:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 111 Assault on a Federal Officer

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☒ Yes  Language: SPANISH

7. Year of Birth: 1981

8. Defendant has retained counsel:  ☐ No
   ☒ Yes  Name: Carlos Jurado  Phone Number: 800-570-5101 or 562-618-6771

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Corbin Phipps  (please print)

12. Office Phone Number: 562-323-2631

13. Agency: HSI

14. Signature: *Corbin Phipps*

15. Date: 10/27/2025

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION